# United States District Court
# Eastern District of California

| | |
|---|---|
| LINDA ROCHA, | **Case Number**: 1:11-CV-1954-LJO-BAM |
| Plaintiff, | |
| vs. | ORDER CONTINUING SCHEDULING CONFERENCE |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et.al., | |
| Defendants. | |

Based on the declaration of William Romaine, and for good cause shown, IT IS HEREBY ORDERED that the Rule 16 Scheduling conference in the above-entitled matter, currently set for April 9, 2012, is hereby continued until June 25, 2012, at 9:00 a.m., in courtroom 8 before Magistrate Judge Barbara A. McAuliffe. A Joint Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **April 5, 2012**          /s/ **Barbara A. McAuliffe**
                                 UNITED STATES MAGISTRATE JUDGE

LAW OFFICE OF
WILLIAM A. ROMAINE
206 W. LACEY BLVD.
SUITE 309
TELEPHONE 559 635 3040
TELECOPIER 800 584 4522