KAMALA D. HARRIS
Attorney General of California
SCOTT H. WYCKOFF
Supervising Deputy Attorney General
MARY HORST
Deputy Attorney General
State Bar No. 163069
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1672
 Fax:  (559) 445-5106
 E-mail:  Mary.Horst@doj.ca.gov
*Attorneys for Defendant CDCR*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA ROCHA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, J. CLARK KELSO, RECEIVER, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES,**<br><br>Defendants. | Case No. 1:11-cv-01954-LJO-BAM<br><br>**STIPULATION AND ORDER RE: FILING DATE FOR DEFENDANT'S RESPONSIVE PLEADING**<br><br>Judge:  The Honorable Lawrence J.  O'Neill<br>Action Filed:  November 18, 2011 |

THE PARTIES HERETO, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

Plaintiff Linda Rocha ("Plaintiff") and Defendant California Department of Corrections and Rehabilitation ("CDCR"), collectively referred to as "Parties" unless otherwise specifically referred to, hereby stipulate as follows:

1. On or about November 18, 2011, Plaintiff filed the instant action.
2. On or about May 3, 2012, Clark Kelso answered the Complaint.
3. On or about July 3, 2012, Plaintiff served CDCR.  A responsive pleading is due from CDCR by July 24, 2012.

4. In a letter dated July 18, 2012, Plaintiff represented she intends to file an amended complaint with this court.

5. To preserve party and judicial resources, the Parties desire that Plaintiff file an amended complaint before the CDCR proceeds with the filing of a responsive pleading.

6. The Parties therefore propose that any responsive pleading on behalf of CDCR shall be filed no later than 20 days after Plaintiff files an Amended Complaint.

7. The Parties respectfully request that the Court enter this stipulation as an order.

**IT IS SO STIPULATED AND AGREED:**

Dated: July 23, 2012    /s/ William A. Romaine_____

WILLIAM A. ROMAINE
Attorney for Plaintiff LINDA ROCHA

Dated: July 23, 2012    /s/ Mary Horst_____

MARY HORST
Attorney for Defendant CDCR

Dated: July 23, 2012    /s/ Jaime G. Touchstone_____

JAIME G. TOUCHSTONE
Attorney for Defendant Clark Kelso

**ORDER**

Based on the Stipulation of the parties (Doc. 17), and for good cause shown, the Court GRANTS the parties' request to continue CDCR's deadline to file an Answer to Plaintiff's Complaint. CDCR shall file their Answer no later than 20 days after Plaintiff files an Amended Complaint.

/././

2

1  Additionally, the Court CONTINUES the Initial Scheduling Conference currently set for August 22, 2012 (Doc. 15) to **September 20, 2012, at 8:30 AM,** in Courtroom 8, before the Honorable Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:  **July 24, 2012**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE