1  KAMALA D. HARRIS
   Attorney General of California
2  SCOTT H. WYCKOFF
   Supervising Deputy Attorney General
3  MARY HORST
   Deputy Attorney General
4  State Bar No. 163069
    2550 Mariposa Mall, Room 5090
5   Fresno, CA  93721
    Telephone:  (559) 477-1672
6   Fax:  (559) 445-5106
    E-mail:  Mary.Horst@doj.ca.gov
7  *Attorneys for Defendant CDCR*

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              EASTERN DISTRICT OF CALIFORNIA

10

11

12  **LINDA ROCHA,**                     Case No. 1:11-cv-01954-LJO-BAM

                              Plaintiff,  **STIPULATION AND ORDER RE:**
13                                        **FILING DATE FOR DEFENDANT'S**
        v.                                **RESPONSIVE PLEADING**
14

15  **STATE OF CALIFORNIA DEPARTMENT**
    **OF CORRECTIONS AND**               Judge:   The Honorable Lawrence J.   O'Neill
16  **REHABILITATION, J. CLARK KELSO,**  Action Filed:   November 18, 2011
    **RECEIVER, CALIFORNIA**
17  **CORRECTIONAL HEALTH CARE**
    **SERVICES,**
18
                             Defendants.
19

20      THE PARTIES HERETO, BY AND THROUGH THEIR ATTORNEYS OF RECORD,

21  HEREBY STIPULATE AND AGREE AS FOLLOWS:

22      Plaintiff Linda Rocha ("Plaintiff") and Defendant California Department of Corrections and

23  Rehabilitation ("CDCR"), collectively referred to as "Parties" unless otherwise specifically

24  referred to, hereby stipulate as follows:

25          1.    On or about November 18, 2011, Plaintiff filed the instant action.

26          2.    On or about May 3, 2012, Clark Kelso answered the Complaint.

27          3.    On or about July 3, 2012, Plaintiff served CDCR.  A responsive pleading is due

28  from CDCR by July 24, 2012.

                                    1

4.    In a letter dated July 18, 2012, Plaintiff represented she intends to file an amended complaint with this court.

5.    To preserve party and judicial resources, the Parties desire that Plaintiff file an amended complaint before the CDCR proceeds with the filing of a responsive pleading.

6.    The Parties therefore propose that any responsive pleading on behalf of CDCR shall be filed no later than 20 days after Plaintiff files an Amended Complaint.

7.    The Parties respectfully request that the Court enter this stipulation as an order.

**IT IS SO STIPULATED AND AGREED:**

Dated: July 23, 2012        /s/ William A. Romaine                        

                                          WILLIAM A. ROMAINE
                                          Attorney for Plaintiff LINDA ROCHA

Dated: July 23, 2012        /s/ Mary Horst                        

                                          MARY HORST
                                          Attorney for Defendant CDCR

Dated: July 23, 2012        /s/ Jaime G. Touchstone                        

                                          JAIME G. TOUCHSTONE
                                          Attorney for Defendant Clark Kelso

## ORDER

Based on the Stipulation of the parties (Doc. 17), and for good cause shown, the Court GRANTS the parties' request to continue CDCR's deadline to file an Answer to Plaintiff's Complaint.  CDCR shall file their Answer no later than 20 days after Plaintiff files an Amended Complaint.

/././

2

1   Additionally, the Court CONTINUES the Initial Scheduling Conference currently set for

2  August 22, 2012 (Doc. 15) to **September 20, 2012, at 8:30 AM,** in Courtroom 8**,** before the

3  Honorable Barbara A. McAuliffe.

4

5

6  IT IS SO ORDERED.

7   Dated:   **July 24, 2012**                    /s/ *Barbara A. McAuliffe*

8                                UNITED STATES MAGISTRATE JUDGE