1  **WILLIAM A. ROMAINE #126966**
   LAW OFFICE OF WILLIAM A. ROMAINE
2  206 WEST LACEY BOULEVARD # 309
   HANFORD, CALIFORNIA 93230
3
   TELEPHONE 559 582 9360
4  TELECOPIER 559 582 9350

5  ATTORNEYS FOR PLAINTIFF LINDA ROCHA

# United States District Court
# Eastern District of California

| Linda Rocha, | **Case No.** 1:11-CV-1954 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| State of California Department of Corrections and Rehabilitation, J. Clark Kelso, Receiver, California Correctional Health Care Services, | |
| Defendants. | |

BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, the parties hereto do hereby stipulate that Linda Rocha, plaintiff may file in the above-entitled matter the First Amended Complaint, attached hereto as Exhibit A and incorporated herein by this reference.

It is so stipulated.

Dated:____October 18, 2012_____   Futterman Dupree Dodd Croley Maier LLP


                                      By:_____s/ Jamie Touchstone_____
                                      Jamie Touchstone, Attorneys for Defendant
                                      Clark Kelso, Receiver.

///

LAW OFFICE OF
WILLIAM A. ROMAINE
206 WEST LACEY BLVD. # 309
HANFORD, CA 93230

TELEPHONE 559 582 9360
TELECOPIER 559 582 9350

It is so stipulated.

Dated:____October 16, 2012_____     Bill Lockyear, Attorney General for the State of California

By:_____s/ Michelle Littlewood_____
Michelle Littlewood, Deputy, Attorneys for Defendant California Department of Corrections and Rehabilitation.

It is so stipulated.

Dated: ____October 18, 2012___     Law Office of William A. Romaine

By:_____s/ William A. Romaine_____
William A. Romaine, Attorney for Plaintiff.

## ORDER

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED:

1) Plaintiff's request for leave to file a First Amended Complaint is GRANTED. (Doc. 23);

2) On or before October 29, 2012, Plaintiff shall file her First Amended Complaint, attached as Exhibit A to the Stipulation, as a separate amended complaint in the docket for purposes of clarifying the record;

3) Defendants' Answers are due 21 days after the date of this order.

IT IS SO ORDERED.

**Dated:   October 23, 2012**          **/s/ Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE

LAW OFFICE OF
WILLIAM A. ROMAINE
206 WEST LACEY BLVD. # 309
HANFORD, CA 93230

TELEPHONE 559 582 9360
TELECOPIER 559 582 9350

- 2 -