UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROCHA, | CASE NO. CV F 11-1954 LJO BAM |
| Plaintiff, | **JUDGMENT ON ACCEPTANCE OF F.R.Civ.P. 68 OFFER**  (Doc. 37) |
| vs. | |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff Linda Rocha ("Ms. Rocha") has filed a notice of acceptance of defendants' F.R.Civ.P. 68 offer of judgment. As such, this Court enters judgment pursuant to defendants' F.R.Civ.P. 68 offer of judgment and Ms. Rocha's acceptance of it. This Court VACATES the October 30, 2013 pretrial conference and December 10, 2013 trial and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **June 26, 2013**                    **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE

1